165 A.3d 461

**BLAYLOCK, Lisbon Collier**

v.

**STATE of Maryland**

**Pet. Docket No. 125, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 365, Sept. Term, 2016).

Petition for writ of certiorari denied

■

165 A.3d 461

**BOLTON, William**

v.

**STATE of Maryland**

**Pet. Docket No. 636, Sept. Term, 2016**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 2770, Sept. Term, 2015).

Petition for writ of certiorari denied